FILED:  January 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-4065

UNITED STATES OF AMERICA

Plaintiff – Appellee,

v.

ISIDRO ANTONIO CRUZ,

Defendant – Appellant.

O R D E R

The Court amends its opinion filed on January 24, 2022, as follows:

On page 2, line 2 of the first paragraph, the word "distribute" is added between "intent to" and "50."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk